IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SUPPRESSED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **4:26-mj-365** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 26-30071-SPM |
| | ) | |
| KYLAN McCOY, | ) | Title 18 |
| JERMARCUS BERRY, | ) | United States Code, **FILED** |
| DEVON COLLINS, | ) | Sections 2, 371, and 2113(b). |
| TREVON COLLINS, | ) | **MAY 19 2026** |
| Defendant. | ) | |

INDICTMENT

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

**THE GRAND JURY CHARGES:**

## COUNT 1
### BANK LARCENY

On or about October 8, 2022, in Madison County, within the Southern District of Illinois, and elsewhere,

**KYLAN McCOY,**
**JERMARCUS BERRY,**
**DEVON COLLINS, and**
**TREVON COLLINS,**

defendants herein, aided and abetted by each other, did take and carry away, with intent to steal and purloin, any property, money, and other thing of value in excess of $1,000 belonging to and in the care, custody, control, management, and possession of Midwest Members Credit Union, whose deposits were then insured by the National Credit Union Administration, and as defined by Title 18, United States Code, Section 2113(b); all in violation of Title 18, United States Code, Sections 2 and 2113(b).

## COUNT 2
### CONSPIRACY TO COMMIT BANK LARCENY

1. From on or about October 6, 2022, and continuing thereafter until on or about October 8, 2022, in Madison County, within the Southern District of Illinois, and elsewhere,

**KYLAN McCOY,**
**JERMARCUS BERRY,**
**DEVON COLLINS, and**
**TREVON COLLINS,**

defendants herein, knowingly and willfully conspired and agreed with each other, and with other persons both known and unknown to the grand jury, to take and carry away with intent to steal and purloin property in excess of $1,000 belonging to and in the care, custody, control, management and possession of Midwest Members Credit Union whose deposits were then insured by the National Credit Union Administration, and as defined by Title 18 United States Code Section 2113(b).

**Object of the Conspiracy**

2. The object of the conspiracy was for the defendants to enrich themselves by traveling to distant locations and taking and carrying away, with intent to steal and purloin, United States currency from ATM machines.

**Manner and Means Used to Facilitate the Conspiracy**

3. Among the manner and means used by **KYLAN McCOY, JERMARCUS BERRY, DEVON COLLINS, and TREVON COLLINS,** to carry out the object of their conspiracy were the following:

a)  travelling together from Texas to the Southern District of Illinois;

b)  researching and locating target ATM machines;

c)  disguising themselves to avoid detection;

d)  using forcible means, including chains, J-hooks, and pry bars, to break open an ATM and steal its contents; and

e)  leaving the area after the theft and attempting to return to Texas undetected.

2

**Overt Acts**

4.      In furtherance of the conspiracy, and to effect the illegal object thereof, **KYLAN McCOY, JERMARCUS BERRY, DEVON COLLINS, and TREVON COLLINS** performed and participated in the following acts, among others, in the Southern District of Illinois and elsewhere:

a)      On or before October 6, 2022, traveled together from Texas to the Southern District of Illinois;

b)      The defendants located an ATM machine at Midwest Members Credit Union in Wood River, Madison County, Illinois;

c)      The defendants stole a pick-up truck from a residence near the location of the targeted ATM;

d)      The defendants traveled in the stolen pick-up truck and a second surveillance vehicle to the targeted ATM;

e)      On or about October 8, 2022, the defendants used chains and J-hooks to tether the targeted ATM to the stolen pick-up truck and accelerated rapidly in an attempt to break it open;

f)      The defendants used pry bars to break open the ATM;

g)      The defendants stole more than $1,000 United States Currency belonging to and in the care, custody, control, management and possession of Midwest Members Credit Union, whose deposits were insured by the National Credit Union Administration; and

3

    h)      The defendants left the Southern District of Illinois to Texas, where they led

law enforcement officers on a high-speed chase while trying to escape.

All in violation of Title 18 United States Code Sections 371 and 2113(b).


**A TRUE BILL**


Digitally signed by
STEVEN WEINHOEFT
Date: 2026.05.15
12:44:36 -05'00'

STEVEN D. WEINHOEFT
United States Attorney


KIMBERLY S. ARSHI
Assistant United States Attorney

4